UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ORLEY RAMIREZ,

    Plaintiff,

v.                                          Case No. 6:23-cv-631-RBD-RMN

R & J PAINTING SOLUTIONS
CORP.; and RICARDO
ARANGUREN,

    Defendants.
_____

## ORDER

Before the Court is Plaintiff's Motion for Default Judgment. (Doc. 32 ("Motion").) On referral, U.S. Magistrate Judge Robert M. Norway entered a Report and Recommendation stating that the Court should grant the Motion. (Doc. 34 ("R&R").) The parties did not object and the time has passed, so the Court examines the R&R for clear error only. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is due to be adopted.

Accordingly, it is **ORDERED AND ADJUDGED**:

1. The R&R (Doc. 34) is **ADOPTED AND CONFIRMED** and made a part of this Order in its entirety.

2. The Motion (Doc. 32) is **GRANTED.**

3. The Clerk is **DIRECTED** to enter default judgment in favor of

Plaintiff and against Defendants in the total amount of $18,450.00, comprising $7,830.00 in unpaid overtime compensation, $7,830.00 in liquidated damages, $2,340.00 in attorney's fees, and $540.00 in costs, plus post-judgment interest.

4. Once judgment is entered, the Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on December 11, 2023.

ROY B. DALTON, JR.
United States District Judge